PROB 12B
(7/93)

# United States District Court
## for the
## Southern District of Georgia
## Brunswick Division

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*



| | |
|---|---|
| Name of Offender: **Grover Drawdy** | Case Number: CR298-00005-001 |

Name of Sentencing Judicial Officer:   Honorable Anthony A. Alaimo
                                         Judge, U.S. District Court

Date of Original Sentence:   June 9, 1998

Original Offense:   Conspiracy to possess with intent to distribute and distribution of cocaine hydrochloride

Original Sentence:   63 months imprisonment; 3 years supervised release

Type of Supervision:   Supervised Release

Date Supervision Commenced:   February 26, 2003

Assistant U.S. Attorney:   Joseph D. Newman

Defense Attorney:   Grayson P. Lane

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for  years, for a total term of  years.
[X]   To modify the conditions of supervision as follows:

1.   The defendant shall be placed on home detention for a period of <u>two</u> months, to commence immediately. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the probation office. The cost of electronic monitoring shall be paid by the defendant in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

2.   The defendant shall abstain from the possession or consumption of any alcoholic beverage.

## CAUSE

This is the third incident of illegal drug use by the offender while on supervision. On April 2, 2004, Drawdy admitted to taking Lorcet which had been prescribed to his girlfriend. On January 25, 2005, Drawdy submitted a urine sample which tested positive for cocaine. As to both of these violations, the Probation Officer requested that the Court take no action against Drawdy. Drawdy was placed into drug treatment, which he presently attends three times a month.

Prob 12B                Request for Modifying the Conditions or Term of Supervision

Re: Grover Drawdy  
Case Number: CR298-00005-001  
Page 2

---

On March 14, 2006, the offender submitted a urine sample which tested positive for cocaine. The offender was confronted with the positive result and denied using cocaine. The specimen was forwarded to Scientific Laboratories (STL) for confirmation. On March 22, 2006, the U.S. Probation Office received confirmation from STL that the urine specimen submitted by Drawdy was positive for cocaine benzoylecgonine. On March 29, 2006, the offender was confronted with the laboratory results. After denying using cocaine, the offender admitted that on or about March 12, 2006, he had smoked a cigar which was laced with cocaine.

The offender is presently in a court-ordered outpatient counseling program. Drawdy has been given several opportunities by the Court, none of which were punitive, to correct his behavior; however, Drawdy has chosen not to use these opportunities wisely. Therefore, based on the violation presently before the Court, it is the probation officer's position that the Court take punitive actions against the offender. As such, it is the probation officer's recommendation that the offender's supervised release be modified.

On March 29, 2006, Drawdy verbally agreed to modify his supervised release as outlined above and signed a Waiver of Hearing to Modify Conditions of Supervised Release on April 18, 2006.

Respectfully submitted,

by _____  
Philip J. Lyons  
U.S. Probation Officer  
Date: April 18, 2006

Reviewed by:  
_____  
Barry Bargainnier  
Supervisory U. S. Probation Officer

---

THE COURT ORDERS:

[ ]  No Action  
[ ]  The Extension of Supervision as Noted Above  
[X]  The Modification of Conditions as Noted Above  
[ ]  Other

_____  
Anthony A. Alaimo  
Judge, U.S. District Court

4-19-06  
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## Brunswick Division

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall be placed on home detention for a period of two months, to commence immediately. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the probation office. The cost of electronic monitoring shall be paid by the defendant in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

2. The defendant shall abstain from the possession or consumption of any alcoholic beverage.

Witness: _____    Signed: _____
U.S. Probation Officer                         Supervised Releasee

____April 18, 2006____
DATE