AO 245D (Rev 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# United States District Court
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V. | JUDGMENT IN A CRIMINAL CASE<br>(For **Revocation** of Probation or Supervised Release) |
| Grover Drawdy | Case Number:   CR298-00005-001 |
| | USM Number:   09726-021 |
| | Ronald E. Harrison<br>Defendant's Attorney |

**THE DEFENDANT:**

[X] admitted guilt to violations of standard, mandatory, and special conditions of the term of supervision.
[ ] was found in violation of condition(s) _ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to follow the instructions of the probation officer (standard conditions). | May 6, 2006 |

See page 2 for additional violations.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s)___ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No: ~~████████~~

Defendant's Date of Birth:   April 24, 1969

August 17, 2006
Date of Imposition of Judgment

_Signature_
Signature of Judge

Judge, U.S. District Court
Name and Title of Judge

8-21-06
Date

AO 245D (Rev 12/03)  Judgment in a Criminal Case for Revocations: Judgment-Page 2 of 3
Sheet 1A

DEFENDANT: Grover Drawdy
CASE NUMBER: CR298-00005-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant failed to abstain from the possession or consumption of alcoholic beverages (special condition). | May 6, 2006 |
| 3 | The defendant left the judicial district without the permission of the Court or probation officer (standard condition). | June 2006 |
| 4 | The defendant failed to submit truthful and complete written reports within the first five days of each month (standard condition). | June 2006 |
| 5 | The defendant failed to remain at his residence except for employment or other activities approved by his probation officer (special condition) | June 2006 |

DEFENDANT: Grover Drawdy
CASE NUMBER: CR298-00005-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  24 months  .

[ ]  The Court makes the following recommendations to the Bureau of Prisons:

The defendant be incarcerated at the facility located in Jesup, Georgia, and that the defendant be allowed to participate in the Intensive Drug Treatment Program.

[X]  The defendant is remanded to the custody of the United States Marshal.
[ ]  The defendant shall surrender to the United States Marshal for this district,

   [ ] at ___ [ ] a.m. [ ] p.m. on _____.
   [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] before 2 p.m. on _____.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
United States Marshal

By _____
Deputy United States Marshal